```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
SIMON ZAROUR and LORI ZAROUR,                                          :
                                                                       :
                                Plaintiffs,                            :
                                                                       :    15-CV-2663 (JPC)
        -v-                                                            :
                                                                       :    ORDER
CHUBB & SON INC. and PACIFIC INDEMNITY                                 :
COMPANY,                                                               :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/4/2020

JOHN P. CRONAN, United States District Judge:

Within two weeks of the filing of this Order, the parties are hereby ORDERED to file on ECF a joint letter not exceeding five (5) pages updating the Court on the status of this case and specifically addressing the following items:

1. Names of counsel and current contact information, if different from the information currently reflected on the docket;

2. The status of the appraisal panel's determination ordered by the Court on February 22, 2017 (Dkt. 49);

3. A detailed description of what has occurred in this case since February 22, 2017 and why there has been no significant docket activity since that date;

4. A list of all prior settlement discussions, including the date, the parties involved, and the approximate duration of such discussions, if any;

5. A statement of whether the parties have discussed the use of alternate dispute resolution mechanisms and indicating whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be

appropriate and, if so, when in the case the use of such a mechanism would be appropriate; and

6. Any other information that the parties believe may assist the Court.

SO ORDERED.

Dated: December 4, 2020
New York, New York

_____
JOHN P. CRONAN
United States District Judge