UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SIMON ZAROUR and LORI ZAROUR,                :
:
Plaintiffs,   :
:        15 Civ. 2663 (JPC)
-v-            :
:            ORDER
CHUBB & SON INC. and PACIFIC INDEMNITY :
COMPANY,                                     :
:
Defendants.  :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

By August 24, 2021, Defendant shall file a letter responding to Plaintiffs' letter dated August 18, 2021. *See* Dkt. 67. Defendant shall indicate in the letter its view on whether the Court should dismiss this action for failure to prosecute.

SO ORDERED.

Dated: August 19, 2021
       New York, New York                       _____
                                                JOHN P. CRONAN
                                                United States District Judge