UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
SIMON ZAROUR and LORI ZAROUR,    :
    :
    Plaintiffs,    :
    :  15-CV-2663 (JPC)
  -v-    :
    :  ORDER
CHUBB & SON INC. and PACIFIC INDEMNITY  :
COMPANY,    :
    :
    Defendants.  :
    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    The parties shall appear for a status teleconference on October 25, 2021, at 10:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261. Plaintiffs' counsel should be prepared to discuss why the Court should not dismiss the case for failure to prosecute and why Plaintiffs' counsel has repeatedly ignored the Court's orders about the appraisals.

    SO ORDERED.

Dated: October 20, 2021
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge