UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW INDIA
------------------------------------------------------------------X
SIMON ZAROUR and LORI ZAROUR,

                 Plaintiffs,

    -v-                                       15-CV-2663 (JPC)

CHUBB & SON INC. and PACIFIC INDEMNITY COMPANY,          ORDER

                 Defendants.
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has reviewed the parties' filings and accepts appointing Justin Lewis as umpire for the appraisal. The appraisal shall be completed by December 7, 2021. By December 10, 2021, the parties shall submit a joint letter advising the Court if there any disagreements among the appraisers for the umpire to resolve. Absent the parties showing extraordinary circumstances warranting an extension, the Court will not extend the appraisal's deadline and, if the appraisal is not completed within this timeline, may dismiss the case for failing to comply with the Court's order without further notice.

Further, as has repeatedly been made clear by the Court, including by both the undersigned and the judge previously assigned to this case, the Honorable Jed S. Rakoff, the appraisal's scope is limited to mold damage.  So to be clear, the Court will not expand the appraisal's scope to include "wind driven rain damage."  Any further attempt by Plaintiffs' counsel to expand the appraisal's scope to include "wind driven rain damage" will be cause for sanctions for failing to comply with this Court's order.

SO ORDERED.

Dated: November 1, 2021
      New York, New York

                                                JOHN P. CRONAN
                                      United States District Judge