UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                         :
SIMON ZAROUR and LORI ZAROUR,                             :
                                         :
                  Plaintiffs,             :
                                       :        15 Civ. 2663 (JPC)
       -v-                                  :
                                       :        ORDER
CHUBB & SON INC. and PACIFIC INDEMNITY :
COMPANY,                                     :
                                       :
                  Defendants.       :
                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On December 8, 2021, the Court granted the Umpire's request for an extension of time to complete the appraisal by February 7, 2022.  *See* Dkt. 82 at 2.  The December 8 Order also directed that "[b]y February 10, 2022, the parties shall submit a joint letter advising the Court if there any disagreements among the appraisers for the umpire to resolve."  *Id.* at 2.  The Court explained that "if the appraisal is not completed within this timeline, [the Court] may dismiss the case for failing to comply with the Court's order without further notice."  *Id.*

The parties have failed to file the required joint letter.  By 6:00 p.m. today, February 11, 2022, the parties shall file the letter required by the December 8 Order.

    SO ORDERED.

Dated: February 11, 2022
       New York, New York
                                              JOHN P. CRONAN
                                              United States District Judge