```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                :
SIMON ZAROUR et al.,                            :
                                                :
                        Plaintiffs,             :
                                                :       15 Civ. 2663 (JPC)
        -v-                                     :
                                                :           ORDER
                                                :
PACIFIC INDEMNITY COMPANY,                      :
                                                :
                        Defendant.              :
                                                :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court will hold a hearing on June 29, 2023 at 3:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007 to discuss the issues raised in Plaintiffs' letter at Docket Number 113.

SO ORDERED.

Dated: June 14, 2023
       New York, New York

_____
JOHN P. CRONAN
United States District Judge