UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
SIMON ZAROUR *et al.*, :
:
Plaintiffs, :
: 15 Civ. 2663 (JPC)
-v- :
: ORDER
:
PACIFIC INDEMNITY COMPANY, :
:
Defendant. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

For the reasons stated on the record at the June 29, 2023 hearing, and in accordance with the Court's May 30, 2023 Opinion and Order, Dkt. 111, the Clerk of Court is respectfully requested to enter judgment and to close this case.

SO ORDERED.

Dated: June 29, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge