UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIMON ZAROUR et al.,

                Plaintiffs,

    -against-                              15 **CIVIL** 2663 (JPC)

                                              **JUDGMENT**

PACIFIC INDEMNITY COMPANY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2023, and the Court's Opinion and Order dated May 30, 2023, Pacific's motion is granted in part. Pacific's motion to confirm the appraisal award is granted in the total amount of $115,507. That amount covers the initial award from 2016 in the amount of $110,490.20, which the Court understands was paid in full by Pacific as of September 26, 2016, see Dkt. 46 paragraph 2, and the award of $5,016.80 to cover the additional mold damage cost value set by Umpire Lewis and Antonucci, which the Court understands was paid by Pacific on April 14, 2022, Dkts. 99 paragraph 30, 99-24; accordingly, the case is closed.

**Dated:**  New York, New York

        June 30, 2023

                                                      **RUBY J. KRAJICK**

                                                      _____
                                                         **Clerk of Court**

                               **BY:**            *K. Mango*

                                                        _____
                                                         **Deputy Clerk**